UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE MERINO, | No. CV 08-06876-AHS (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| B. CURRY, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: NOV 12 2008

ALICEMARIE H. STOTLER
CHIEF UNITED STATES DISTRICT JUDGE